IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

VS.                            NO. 4:05cr312-05

JOSE VALENTE RIOS SALINAS                                     DEFENDANT

### ORDER

Federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of the above-named Defendant for a bond/detention hearing following his/her posting bond or otherwise arranging terms of release from the custody of the federal, state, county, or local custodial authority (the "custodial authority").

IT IS THEREFORE ORDERED that the U. S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS FURTHER ORDERED that, upon notification by the custodial authority that the above-named Defendant has made arrangements for his/her release on the criminal charges, the United States Marshal shall assume custody of the above-named Defendant and transport him/her to the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 28th day of December 2005.

_____
United States Magistrate Judge